UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(Hon. Gordon Thompson)

FILED JUL 1 5 2010

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs<br><br>TEFILIO MALDONADO-SIERRA,<br><br>Defendants. | Case No.: **09CR3584-GT**<br><br>**EX PARTE**<br>ORDER APPROVING INTERIM<br>FOR SERVICES RENDERED BY<br>INTERPRETER TERE COX<br>[Pursuant to 18 USC § 3006A(e)(1)] |

**GOOD CAUSE APPEARING, THE COURT HEREBY ORDERS** that interim billing be acceptable for services rendered by interpreter Tere Cox in the above-mentioned case, upon submission of a properly documented CJA-21 Voucher for ancillary services.

**IT IS SO ORDERED.**

Dated: 7-14-10

HONORABLE GORDON THOMPSON
United States District Court Judge